■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS LANDRY, Also Known as LUCKY, Appellant.—Judgment of the County Court, Dutchess County (Hillery, J.), rendered May 9, 1983, affirmed *(see, People v Nixon,* 21 NY2d 338, cert denied sub nom. *Robinson v New York,* 393 US 1067; *People v Pellegrino,* 60 NY2d 636; *People v Dunbar,* 53 NY2d 868; *People v Kazepis,* 101 AD2d 816). Lazer, J. P., Bracken, Weinstein and Kunzeman, JJ., concur.